**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

BRIAN REITH,

        Plaintiff,

                                  Case Number 3:15-cv-00125-JWS

v.

ALASKA USA FEDERAL CREDIT UNION,

        Defendant.             **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this action is DISMISSED WITHOUT PREJUDICE. Each side is to bear their own costs and attorney's fees .

APPROVED:

    s/JOHN W. SEDWICK
United States District Judge

Date: October 15, 2015

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                    Lesley K. Allen
                      Lesley K. Allen,
District Court Executive/Clerk of Court

[Jmt2 - Basic - rev. 9-9-15}